UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
STEVEN D. AND LINDA A. KOWALSKE       HON. PATRICK J. DUGGAN
                                       CIVIL NO. 08-14774
                                       BANKRUPTCY NO. 08-50195

_____/

AMENDED
BRIEFING SCHEDULE

The record on appeal in the above-entitled matter was docketed by the Clerk's Office on December 15, 2008.

Pursuant to Bankruptcy Rule 8009:
The brief of the appellants shall be filed by March 27, 2009.

The brief of the appellee shall be filed by April 17, 2009.

Reply brief, if any, shall be filed by April 27, 2009

DATE: March 6, 2009

                                       s/Marilyn Orem
                                       Case Manager for the
                                       Hon.Patrick J.Duggan
To:                                    313-234-5147
Vincent Farougi
Donald Wilson
Wendy Turner Lewis