UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  STEVEN D. KOWALSKE and
       LINDA KOWALSKE,

        Debtors,

_____/

CHRISTOPHER J. TRAINOR,                Case No. 08-14774
CHRISTOPHER J.  TRAINOR, as         Honorable Patrick J. Duggan
TRUSTEE for THE ZACHARY TRAINOR
REVOCABLE TRUST, ANGIE TRAINOR,    (Bankruptcy No. 08-50195)
and ANGIE TRAINOR, as TRUSTEE for
THE ASHLEY TRAINOR REVOCABLE
TRUST,

            Plaintiffs/Appellants,

v.

STEVEN D. KOWALSKE and LINDA L.
KOWALSKE,

            Defendants/Appellees

_____/

## **JUDGMENT**

This matter is before the Court as an appeal from the United States Bankruptcy

Court for the Eastern District of Michigan.  Plaintiffs-Appellants appeal the Honorable

Walter Shapero's October 30, 2008 decision denying their Motion for Relief from the

Automatic Stay filed in the Chapter 7 bankruptcy proceeding of Debtors Steven and

Linda Kowalske.  In an Opinion and Order issued on this date, the Court affirmed Judge

Shapero's decision.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that this appeal is

**DISMISSED WITH PREJUDICE**.

DATE:June 16, 2009                    s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Vincent M. Farougi, Esq.
Donald C. Wilson, Esq.
Nathaniel H. Herdt, Esq.
Wendy Turner Lewis, Esq.
Hon. Walter Shapero